1072

[No. 32247-5-III. Division Three. March 10, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN C. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 13-1-00189-5, Scott R. Sparks, J., entered February 10, 2014. *Reversed* and *remanded* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 72055-4-I. Division One. March 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. IRA DAVID DECHANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00964-8, Regina S. Cahan, J., entered June 12, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 72595-5-I. Division One. March 14, 2016.]

LEENDERS DRYWALL, INC., ET AL., *Respondents*, v. ADRIAN AYALA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-19075-1, Roger S. Rogoff, J., entered September 25, 2014. *Dismissed* and *remanded with instructions* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Dwyer, J.

[No. 72746-0-I. Division One. March 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL BUCIO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00461-2, Susan K. Cook, J., entered December 24, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.